No. 10-1456. Bob Barr, et al., Petitioners v. William F. Galvin, Secretary of the Commonwealth of Massachusetts.

565 U.S. 929, 132 S. Ct. 368, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 6952.

October 3, 2011. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ

of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 626 F.3d 99.